UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:18-cv-400-CHB
*[Electronically Filed]*

PAYMENT ALLIANCE INTERNATIONAL, INC.                                    PLAINTIFF

v.                                    **ORDER OF DISMISSAL**

FEDERAL INSURANCE COMPANY                                               DEFENDANT

*** *** *** ***

IT IS HEREBY ORDERED AND ADJUDGED that all of the claims of Plaintiff, Payment Alliance International, Inc., against Defendant, Federal Insurance Company, are hereby DISMISSED in their entirety and with prejudice, with each party to bear its own costs.

This is a final and appealable order; there being no just cause for delay of its entry.

9795337v.1